UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>TERRENCE J. BONNER (1),<br><br>               Defendant. | CASE NO. 12CR3429-WQH<br><br>**JUDGMENT OF DISMISSAL** |

FILED
14 FEB 12 AM 8:32

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  **X**  the Court has granted the motion of the Government for dismissal, with prejudice; or

 **X**  of the offense(s) as charged in the Indictment and Superseding Indictment:

18:1349; 18:981(a)(1)(C), and 28:2461(c) - Conspiracy to Commit Wire Fraud; Criminal Forfeiture
(1) 18:1349; 18:981(a)(1)(C), 28:2461(c) - Conspiracy to Commit Wire Fraud and Mail Fraud; Criminal Forfeiture
(1s) 18:1343; 18:2; 18:981(a)(1)(C), and 28:2461(c) - Wire Fraud; Aiding and Abetting; Criminal Forfeiture
(2-12) 18:1341; 18:2; 18:981(a)(1)(C), 28:2461(c) - Mail Fraud; Aiding and Abetting; Criminal Forfeiture
(2s-5s) 18:1343; 18:2; 18:981(a)(1)(C), 28:2461(c) - Wire Fraud; Aiding and Abetting; Criminal Forfeiture
(6s-9s)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 11, 2014

_____
William Q. Hayes
U.S. District Judge